UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO VALDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACIFIC BELL TELEPHONE COMPANY formerly doing business under trade name of SBC Communications Inc. doing business under trade name of AT&T, LOCAL 9509, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor Organization; DISTRICT 9, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor Organization; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor Organization; and DOES 1-30, inclusive,<br><br>    Defendants. | Case No.  09-cv-0811-JAH (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR FILING OF A SECOND AMENDED COMPLAINT** |

The parties' stipulation is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff may file a Second Amended Complaint to substitute Pacific Bell Telephone Company formerly doing business under the trade name of SBC Communications and doing business under the trade name AT&T in place of defendant AT&T Services, Inc.

/////

1.                                                                    CASE NO. 09-CV-0811-JAH (AJB)

1     **IT IS FURTHER ORDERED** that the Second Amended Summons and Second Amended Complaint will be served to defendants via mail to their respective counsel of record.

IT IS SO ORDERED.

Dated: August 19, 2009

                                          HONORABLE JOHN A. HOUSTON
                                          UNITED STATES DISTRICT JUDGE